## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-----------------------------x
                             :
US BANK TRUST, N.A.          :    Case No. 3:21CV01578(SALM)
                             :
v.                           :
                             :
JOHN KRONDES, KAREN A.       :
KRONDES, et al.              :    November 30, 2021
                             :
-----------------------------x
```

### ORDER REMANDING MATTER TO STATE COURT

Self-represented party John Krondes has filed a Notice of Removal, attempting to remove this matter to the District of Connecticut. See Doc. #1. For the reasons set forth below, this matter is hereby **REMANDED** to the Circuit Court of the 19th Judicial Circuit, in St. Lucie County, Florida.

**I.    BACKGROUND**

On November 29, 2021, John Krondes filed a document in this Court entitled "Notice of Removal." Doc. #1. The document purports to remove the captioned matter from a state court in Florida. Krondes provided a case number, 2017CA001117, and a copy of the docket sheet for the Florida case with the Notice, see Doc. #1, but did not provide a "copy of all process, pleadings, and orders served upon such defendant or defendants in such action[,]" as required by 28 U.S.C §1446(a). For the purposes of this Order, the Court takes judicial notice of the docket in the Florida case, which the Court has accessed at

https://stlucieclerk.com/public-search-gen/search-court-cases.
See Kramer v. Time Warner Inc., 937 F.2d 767, 774 (2d Cir. 1991)
("[C]ourts routinely take judicial notice of documents filed in
other courts, ... not for the truth of the matters asserted in
the other litigation, but rather to establish the fact of such
litigation and related filings."). The Court is unable, however,
to view the actual docketed items in that matter, and its review
is limited to the docket entries themselves. A copy of the
docket as accessed by the Court is attached as Exhibit A.

Krondes contends that he has not supplied the required
materials with his Notice because "the true Complaint or Summons
have not been served upon him ... and are thus not able to be
provided at this time with the filing of this removal." Doc. #1
at 14. However, the Florida docket reflects that Krondes filed a
Notice of Appearance in that matter on February 26, 2018, see
Exhibit A, Entry 48, and that he has filed a number of documents
in the Florida case. See id., Entries 51, 75, 84, 150, 179, 196.

A review of the Florida docket does not reveal that any
Notice of Removal has been filed in the Florida Case regarding
removal to this Court on November 29, 2021. See Exhibit A. The
docket does reflect that a Final Judgment of Foreclosure entered
on August 3, 2021, and a Foreclosure Sale has been set for
December 1, 2021. See id., Entries 337, 339.

Krondes has previously attempted to remove this matter to federal court at least three times. On September 25, 2020, the United States District Court for the Southern District of Florida issued an Order remanding the case to state court. See U.S. Bank, N.A. v. John Krondes and Karen A. Krondes, et al., 2:20CV14239(DMM) (S.D. Fla. Sept. 25, 2020), Doc. #20. Judge Middlebrooks recited, in that remand order, the history of improper removal attempts, and the lack of federal jurisdiction. A copy of that order was provided to Krondes when it was issued, and the undersigned presumes that he is aware of its findings.

## II.  APPLICABLE LAW

Under federal law, a state court defendant may remove to federal court "any civil action brought in a State court of which the district courts of the United States have original jurisdiction[.]" 28 U.S.C. §1441(a). A case may only be removed "to the district court of the United States for the district and division embracing the place where such action is pending." Id.[1]

"[T]he burden of establishing that removal is proper[]" falls on the party seeking removal. United Food & Comm. Workers Union, Local 919, AFL-CIO v. CenterMark Props. Meriden Square, Inc., 30 F.3d 298, 301 (2d Cir. 1994). "[F]ederal courts construe the removal statute narrowly, resolving any doubts

---

[1] Even if removal to the Southern District of Florida were proper, removal to the District of Connecticut is not.

against removability." Purdue Pharma L.P. v. Kentucky, 704 F.3d 208, 213 (2d Cir. 2013) (citations and quotation marks omitted).

In all matters, whether removed or not, federal courts "have an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." Arbaugh v. Y&H Corp., 546 U.S. 500, 514 (2006). "If the court determines at any time it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3) (emphasis added).

## III. DISCUSSION – SUBJECT MATTER JURISDICTION

This Court lacks subject matter jurisdiction.

The claims in the underlying case "sound[] squarely and solely in foreclosure, a quintessential state cause of action." Bank of New York v. Consiglio, No. 3:17CV01408(CSH), 2017 WL 4948069, at *3 (D. Conn. Nov. 1, 2017). Federal courts generally abstain from exercising jurisdiction over foreclosure matters. See Muong v. Fed. Nat'l Mortg. Ass'n, No. 1:13CV06564(KAM), 2013 WL 6667374, at *2 (E.D.N.Y. Dec. 16, 2013) ("[I]t is well settled that judgments of foreclosure ... are fundamentally matters of state law." (collecting authorities)). "The Court does not have jurisdiction to entertain a challenge to a state court judgment of foreclosure, however creatively cloaked." Woermer v. Hirsh, No. 3:18CV01898(KAD), 2018 WL 7572237, at *3 (D. Conn. Dec. 11, 2018).

In addition, Krondes clearly seeks, by this filing, to attack the state court's judgment of foreclosure. Krondes complains that the Florida court "unfairly and injuriously forced" him "to appear at a Court Trial on August 3, 2021[.]" Doc. #1 at 3. Indeed, he alleges that he was "coerced under pressure into a consent judgment" and demands that the state court "judgment must be vacated by the powers of this court[.]" Id. at 5.

Plaintiff expressly asks this Court to vacate the judgment of the Florida court. This, the Court cannot do. "[N]o court of the United States other than [the Supreme Court] could entertain a proceeding to reverse or modify" a state court judgment. Rooker v. Fid. Tr. Co., 263 U.S. 413, 416 (1923). "To do so would be an exercise of appellate jurisdiction. The jurisdiction possessed by the District Courts is strictly original." Id. This Court is therefore precluded from reviewing and rejecting the judgment of the Florida court. See Gonzalez v. Deutsche Bank Nat. Tr. Co., 632 F. App'x 32, 33-34 (2d Cir. 2016).

For all of these reasons, this Court lacks subject matter jurisdiction.

## IV.  DISCUSSION – TIMELINESS

Even if the Court had subject matter jurisdiction to hear this matter, the removal is untimely. "The notice of removal of a civil action or proceeding shall be filed within 30 days after

5

the receipt by the defendant ... of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based[.]" 28 U.S.C. §1446(b)(1). "A case may not be removed under [§1446](b)(3) on the basis of jurisdiction conferred by section 1332 more than 1 year after commencement of the action[.]" 28 U.S.C. §1446(c)(1). The Florida case was filed on June 29, 2017. See Exhibit A, Entry 5. No legitimate basis for the attempted removal four years later has been offered. Krondes has been previously warned that his efforts at removal were untimely. See, e.g., U.S. Bank, N.A. v. John Krondes and Karen A. Krondes, et al., 2:18CV14390(DMM) (S.D. Fla. Nov. 2, 2019), Doc. #25 at 2-5.

It is apparent that this latest attempted removal is nothing more than delay tactic. Over a year ago, the Southern District of Florida imposed sanctions on Krondes for the third attempted removal, finding that Krondes "lacked an objectively reasonable basis for seeking removal." U.S. Bank, N.A. v. John Krondes and Karen A. Krondes, et al., 2:20CV14239(DMM) (S.D. Fla. Sept. 25, 2020), Doc. #20 at 7. The Court held:

> Prior to filing the instant Notice of Removal, this Court
> had not once, but twice, remanded the state court
> foreclosure matter on the basis of the untimeliness of
> the Notices of Removal and this Court's lack of subject
> matter jurisdiction over the claims in the state court
> complaint. (DE 25 at 2-7 in the 2018 Middlebrooks case,
> DE 7 in the Rosenberg case). Notwithstanding these
> rulings, Defendants persisted in filing yet a third
> Notice of Removal containing the same jurisdictional

deficiencies as the first two. I find it objectively
unreasonable that Defendants successively sought removal
of this action in contravention of the two prior remand
orders when no changed circumstances could have given
them any cause to believe that the result would be
different this time.

Id.

Krondes is cautioned that he may not attempt to evade the
judgments of the Florida state court, and the United States
District Court for the Southern District of Florida, by bringing
spurious claims in the District of Connecticut.

**V.   CONCLUSION**

For the foregoing reasons, this case is **REMANDED** to the
Circuit Court of the 19th Judicial Circuit, in St. Lucie County,
Florida.

Krondes has now been repeatedly advised, at least four
times, that this action is not properly removable to District
Court. **If Krondes attempts to remove this action to federal
court again, without a valid basis, and in violation of the
requirements of the removal statute, sanctions may be imposed.**
Such sanctions may include monetary penalties, or imposition of
an anti-filing injunction barring Krondes from bringing further
actions in this Court. Krondes is advised to review Rule 11 of
the Federal Rules of Civil Procedure carefully. That Rule
permits a court to impose sanctions on a party who, among other
things, makes a filing for any improper purpose, such as delay,

or makes claims or arguments that the party knows are not supported by law. See Fed. R. Civ. P. 11(b), (c).

The Clerk of Court is directed to remand this matter to the Florida court immediately, the provisions of Local Rule 83.7 notwithstanding. The Court will not permit this delay tactic to impede the scheduled foreclosure sale date of December 1, 2021.

The Clerk shall mail a copy of this Order to Krondes at his address of record.

It is so ordered at New Haven, Connecticut, this 30th day of November, 2021.

        /s/
        _____
        HON. SARAH A. L. MERRIAM
        UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## 2017CA001117 - U S BANK NATIONAL ASSOCIATION TR vs. KRONDES, JOHN

### SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| **Judge:** | METZGER, ELIZABETH A | **Court Type:** | Circuit Civil | **Case Type:** | NONHOMESTD MF $250,000-MORE |
| **Case Number:** | 2017CA001117 | **Uniform Case Number:** | 562017CA001117AXXXHC | **Status:** | CLOSED |
| **Clerk File Date:** | 6/30/2017 | **Status Date:** | 11/16/2021 | **Waive Speedy Trial:** | ☐ |
| **Total Fees Due:** | 0.00 | **Custody Location:** | | **Agency:** | |
| **Agency Report Number:** | | | | **Foreclosure:** | RECLOSED - 11/16/2021 |

### PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PLAINTIFF | U S BANK NATIONAL ASSOCIATION TR | |
| DEFENDANT | KRONDES, JOHN | |
| DEFENDANT | KRONDES, KAREN A | |
| DEFENDANT | PRINCESS CONDOMINIUM ASSOCIATION OF HUTCHINSON | |
| DEFENDANT | UNK TENANTS OWNERS 1 | |
| DEFENDANT | UNK TENANTS OWNERS 2 | |
| DEFENDANT | UNK TENANTS OWNERS 3 | |

### EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | |
|---|---|---|---|---|---|
| 12/1/2020 8:00 AM | FORECLOSURE SALE LISTING | FORECLOSURE SALE | stlucie.clerkauction.com | | |
| 8/3/2021 10:00 AM | NON-JURY TRIAL | METZGER, ELIZABETH A | Courtroom 3E - HC | DISPOSED BY NON-JURY TRIAL | |
| 8/2/2021 9:00 AM | HEARING | METZGER, ELIZABETH A | Video-Telephone-Remote | | |
| 7/21/2021 9:00 AM | HEARING | METZGER, ELIZABETH A | Video-Telephone-Remote | CANCELLED | |
| 7/20/2021 9:00 AM | HEARING | METZGER, ELIZABETH A | Courtroom 3E - HC | CANCELLED | |
| 7/1/2021 1:30 PM | HEARING | METZGER, ELIZABETH A | Courtroom 3E - HC | CASE HEARD | |
| 4/22/2021 10:00 AM | NON-JURY TRIAL | METZGER, ELIZABETH A | Courtroom 3E - HC | CONTINUED | |
| 3/18/2021 9:30 AM | CASE MANAGEMENT CONFERENCE | METZGER, ELIZABETH A | Courtroom 3E - HC | CASE HEARD | |
| 3/11/2021 2:00 PM | HEARING | METZGER, ELIZABETH A | Courtroom 3E - HC | CASE HEARD | |
| 2/10/2021 9:00 AM | HEARING | METZGER, ELIZABETH A | Courtroom 3E - HC | | |
| 1/13/2021 11:00 AM | CASE MANAGEMENT CONFERENCE | METZGER, ELIZABETH A | Courtroom 3E - HC | CASE HEARD | |
| 10/20/2020 10:00 AM | CASE MANAGEMENT CONFERENCE | METZGER, ELIZABETH A | Courtroom 3E - HC | CASE HEARD | |
| 7/15/2020 10:00 AM | CASE MANAGEMENT CONFERENCE | METZGER, ELIZABETH A | Courtroom 3E - HC | CASE HEARD | |

11/29/2021, 4:24 PM

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 4/7/2020 1:30 PM | NON-JURY TRIAL | METZGER, ELIZABETH A | Courtroom 3E - HC | CANCELLED |
| 4/6/2020 1:45 PM | HEARING | METZGER, ELIZABETH A | Courtroom 3E - HC | |
| 2/12/2020 10:00 AM | CASE MANAGEMENT CONFERENCE | METZGER, ELIZABETH A | Courtroom 3E - HC | CASE HEARD |
| 12/10/2019 1:30 PM | NON-JURY TRIAL | METZGER, ELIZABETH A | Courtroom 3E - HC | CASE HEARD |
| 11/4/2019 2:15 PM | HEARING | METZGER, ELIZABETH A | Courtroom 3E - HC | CASE HEARD |
| 9/26/2019 9:00 AM | HEARING | METZGER, ELIZABETH A | Courtroom 3E - HC | |

## CASE DOCKETS

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| | 353 | 11/16/2021 | REPLY ( V ) |
| | 352 | 11/16/2021 | CERTIFICATE OF SERVICE ( V ) |
| | 348 | 11/16/2021 | REOPENED CASE CLOSED |
| | 347 | 11/16/2021 | ORDER DENYING MOTION TO CANCEL AND RESCHEDULE SALE ( V ) |
| | 351 | 11/16/2021 | PAYMENT $50.00 RECEIPT #2021000088695 RECEIVED FOR FILING NUMBER 138566237 VIA FILINGPAYMENTS20211116235959.TXT. |
| | 346 | 11/15/2021 | CASE REOPENED FOR RESCHEDULE SALE |
| | 345 | 11/15/2021 | MOTION TO CANCEL AND RESCHEDULE ( V ) |
| | 344 | 11/11/2021 | NOTICE OF CONCLUSION OF REPRESENTATION ( V ) |
| | 343 | 10/28/2021 | CERTIFICATE OF TITLE - PROPOSED ( V ) |
| | 341 | 9/24/2021 | PROOF OF PUBLICATION ( V ) |
| | 340 | 9/10/2021 | NOTICE OF SALE ( V ) |
| | 338 | 9/2/2021 | Attorney JENNIFER MOUSER SCOTT - Deactivated by Automated Process |
| | 338 | 9/2/2021 | Attorney MICHELLE POLOM - Deactivated by Automated Process |
| | 338 | 9/2/2021 | Attorney MICHELLE POLOM - Deactivated by Automated Process |
| | 338 | 9/2/2021 | Attorney MICHAEL DERMODY - Deactivated by Automated Process |
| | 338 | 9/2/2021 | Attorney MICHAEL DERMODY - Deactivated by Automated Process |
| | 342 | 8/3/2021 | FINAL JUDGMENT OF FORECLOSURE - Recorded (Other.4658.2442 / 4903215) ( V ) |
| | 339 | 8/3/2021 | FORECLOSURE SALE LISTING SET FOR 12/01/2021 AT 8:00 AM IN ONLINE/ , : FORECLOSURE SALE |
| | 338 | 8/3/2021 | REOPENED CASE CLOSED |
| 7 | 337 | 8/3/2021 | FINAL JUDGMENT OF FORECLOSURE ( V ) |
| 1 | 336 | 8/3/2021 | FINAL DISPOSITION FORM ( V ) |
| 2 | 335 | 8/3/2021 | CIVIL NON-JURY TRIAL FORM |
| 4 | 334 | 8/2/2021 | WITNESS AND EXHIBIT LIST AMENDED - DEFENDANT ( V ) |
| 2 | 333 | 8/2/2021 | ORDER GRANTING MOTION TO DISMISS COUNT II ( V ) |
| 7 | 332 | 8/1/2021 | RESPONSE TO MOTION & OBJECTION ( V ) |
| 2 | 331 | 7/29/2021 | REPLY & OBJECTION TO REQ FOR JUDICIAL NOTICE ( V ) |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 189 | 330 | 7/28/2021 | REQUEST ( V ) FOR JUDICIAL NOTICE |
| 1 | 329 | 7/23/2021 | MEDIATION REPORT ( V ) |
| 2 | 328 | 7/20/2021 | NOTICE OF WITHDRAWAL OF MTN TO APPEAR BY ZOOM AT NJT ( V ) |
| 2 | 327 | 7/20/2021 | NOTICE OF HEARING ( V ) |
| 3 | 326 | 7/20/2021 | MOTION TO APPEAR TELEPHONICALLY -- ZOOM |
| 2 | 325 | 7/20/2021 | NOTICE OF HEARING AMENDED ( V ) |
| 3 | 324 | 7/20/2021 | MOTION TO APPEAR TELEPHONICALLY BY ZOOM ( V ) |
| 2 | 323 | 7/19/2021 | NOTICE OF MEDIATION - AMENDED ( V ) |
| 2 | 322 | 7/19/2021 | NOTICE OF CANCELLATION HEARING ( V ) |
|  | 321 | 7/19/2021 | HEARING SET FOR 08/02/2021 AT 9:00 AM IN VTR/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 2 | 319 | 7/16/2021 | NOTICE OF HEARING - AMENDED ( V ) |
| 2 | 317 | 7/13/2021 | NOTICE OF HEARING ( V ) |
| 2 | 316 | 7/13/2021 | NOTICE OF MEDIATION ( V ) |
| 2 | 314 | 7/13/2021 | NOTICE OF HEARING ( V ) |
| 2 | 313 | 7/13/2021 | MOTION TO WITHDRAW ( V ) |
| 11 | 312 | 7/12/2021 | MOTION TO DISMISS ( V ) COUNT II |
| 2 | 311 | 7/12/2021 | ORDER DENYING MSJ AND GRANTING MEDIATION ( V ) |
| Request | 310 | 7/12/2021 | CORRESPONDENCE ( V ) |
| 27 | 309 | 7/9/2021 | REQUEST FOR JUDICIAL NOTICE ( V ) |
| 2 | 308 | 7/1/2021 | COURT NOTES |
| 8 | 307 | 6/30/2021 | MOTION FOR CONTINUANCE OF HEARING ( V ) |
| 2 | 306 | 6/30/2021 | NOTICE OF APPEARANCE ( V ) |
| 3 | 305 | 6/17/2021 | CERTIFICATE OF TITLE - PROPOSED ( V ) |
| 2 | 304 | 6/17/2021 | FINAL DISPOSITION FORM ( V ) |
| 3 | 303 | 6/17/2021 | NOTICE OF HEARING - AMENDED ( V ) |
|  | 302 | 5/18/2021 | HEARING SET FOR 07/01/2021 AT 1:30 PM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 11 | 301 | 5/17/2021 | NOTICE OF HEARING |
| 8 | 300 | 5/10/2021 | MOTION FOR SUMMARY JUDGMENT - AMENDED |
| 167 | 299 | 5/10/2021 | AFFIDAVIT OF INDEBTEDNESS/AMOUNT DUE |
| 5 | 298 | 4/13/2021 | WITNESS AND EXHIBIT LIST - AMENDED- |
| 7 | 297 | 3/22/2021 | CERTIFICATE OF SERVICE ( V ) |
| 2 | 296 | 3/18/2021 | NOTICE CONCERNING ABSENSE FROM CASE MANAGEMENT ( V ) |
|  | 294 | 3/18/2021 | NON-JURY TRIAL SET FOR 08/03/2021 AT 10:00 AM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 5 | 295 | 3/18/2021 | ORDER ON CMC / CONTINUING NJT ( V ) TO 8/3/21 |
| 1 | 293 | 3/18/2021 | COURT NOTES |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| Request | 292 | 3/16/2021 | NOTICE OF FILING COURT CALL APPEARANCE ( V ) |
| 3 | 291 | 3/16/2021 | NOTICE OF FILING COURT CALL APPEARANCE ( V ) |
| | 289 | 3/12/2021 | CASE MANAGEMENT CONFERENCE SET FOR 03/18/2021 AT 9:30 AM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 6 | 290 | 3/11/2021 | CERTIFICATE OF SERVICE ( V ) |
| 5 | 288 | 3/11/2021 | ORDER SETTING CASE MANAGEMENT CONFERENCE ( V ) |
| 2 | 287 | 3/11/2021 | COURT NOTES |
| 1 | 286 | 2/24/2021 | CORRESPONDENCE - JUDICIAL REJECTION FORM ( V ) |
| 3 | 285 | 2/19/2021 | NOTICE OF HEARING - AMENDED ( V ) |
| | 284 | 2/19/2021 | PAYMENT $130.00 RECEIPT #2021000013918 RECEIVED FOR FILING NUMBER 121653425 VIA FILINGPAYMENTS20210219235959.TXT. |
| 2 | 284 | 2/18/2021 | FINAL DISPOSITION FORM ( V ) |
| 2 | 283 | 2/18/2021 | CERTIFICATE OF TITLE - PROPOSED ( V ) |
| Request | 282 | 2/16/2021 | NOTICE OF FILING - AFFIDAVIT OF INDEBTEDNESS ( V ) |
| 2 | 281 | 2/12/2021 | AFFIDAVIT OF ATTORNEYS FEES ( V ) |
| 11 | 280 | 2/12/2021 | AFFIDAVIT OF ATTORNEY AS TO COSTS ( V ) |
| Request | 279 | 2/12/2021 | NOTICE OF FILING- AFFIDAVIT OF ATTORYNEY AS TO COST AND TIME ( V ) |
| Request | 278 | 2/11/2021 | OTHER - ADDENDUM TO PRE-TRIAL STATEMENT ( V ) |
| 2 | 277 | 2/11/2021 | OTHER - ADDENDUM TO PRE-TRIAL STATEMENT ( V ) |
| 3 | 276 | 2/11/2021 | CERTIFICATE OF SERVICE ( V ) |
| Request | 275 | 2/11/2021 | OTHER - UNILATERAL PRETRIAL STATEMENT ( V ) |
| 2 | 274 | 2/10/2021 | ORDER DENYING MOTION FOR TELEPHONIC HEARING ( V ) |
| | 273 | 2/10/2021 | HEARING SET FOR 03/11/2021 AT 2:00 PM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 9 | 272 | 2/9/2021 | NOTICE OF HEARING ( V ) |
| | 271 | 2/2/2021 | HEARING SET FOR 02/10/2021 AT 9:00 AM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 2 | 270 | 2/2/2021 | NOTICE OF HEARING ( V ) |
| 5 | 269 | 1/28/2021 | WITNESS AND EXHIBIT LIST ( V ) |
| 2 | 268 | 1/28/2021 | MOTION TO APPEAR TELEPHONICALLY ( V ) |
| 7 | 267 | 1/15/2021 | CERTIFICATE OF SERVICE ( V ) |
| | 266 | 1/13/2021 | NON-JURY TRIAL SET FOR 04/22/2021 AT 10:00 AM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 5 | 265 | 1/13/2021 | ORDER FOR NON JURY TRIAL ( V ) |
| 1 | 264 | 1/13/2021 | COURT NOTES |
| 4 | 263 | 1/13/2021 | MOTION FOR CONTINUANCE OF CMC |
| 14 | 262 | 1/13/2021 | MEMORANDUM OF LAW - IN OPPOSITION ( V ) |
| 6 | 261 | 11/9/2020 | CERTIFICATE OF SERVICE ( V ) |
| 4 | 260 | 10/27/2020 | MOTION FOR EXTENSION OF TIME ( V ) |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 🗋 2 | 259 | 10/20/2020 | MOTION TO STRIKE REQUEST FOR JURY TRIAL ( V ) |
|  | 258 | 10/20/2020 | CASE MANAGEMENT CONFERENCE SET FOR 01/13/2021 AT 11:00 AM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
|  | 257 | 10/20/2020 | ORDER ON CASE MANAGEMENT CONFERENCE ( V ) |
| 🗋 1 | 256 | 10/20/2020 | COURT NOTES |
| 🗋 4 | 255 | 10/19/2020 | DEMAND FOR JURY TRIAL ( V ) |
| 🗋 2 | 254 | 10/14/2020 | NOTICE OF CASE MANAGEMENT CONFERENCE ( V ) |
| 🗋 2 | 253 | 10/5/2020 | NOTICE OF HEARING ( V ) |
| 🗋 2 | 252 | 10/5/2020 | MOTION TO WITHDRAW ( V ) |
| 🗋 8 | 251 | 10/2/2020 | ORDER REMANDING CASE ( V ) |
| 🗋 1 | 250 | 10/2/2020 | ACKNOWLEDGMENT ( V ) |
| Request | 249 | 10/2/2020 | CORRESPONDENCE ( V ) |
| 🗋 6 | 248 | 7/17/2020 | CERTIFICATE OF SERVICE |
|  | 247 | 7/15/2020 | CASE MANAGEMENT CONFERENCE SET FOR 10/20/2020 AT 10:00 AM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 🗋 5 | 246 | 7/15/2020 | ORDER ON CASE MANAGEMENT CONFERENCE |
| Request | 245 | 7/15/2020 | OTHER - COURT CALL APPEARANCE CALENDER |
| 🗋 1 | 244 | 7/15/2020 | COURT NOTES |
| Request | 243 | 7/15/2020 | OTHER - COUTCALL CONFIRMATION |
| Request | 242 | 7/14/2020 | NOTICE OF FILING NTC OF REMOVAL TO DISTRICT COURT |
| 🗋 4 | 241 | 7/14/2020 | CERTIFICATE OF SERVICE |
| 🗋 9 | 240 | 7/13/2020 | REQUEST FOR CANCELLATION |
| 🗋 3 | 239 | 7/13/2020 | ORDER GRANTING TELEPHONIC APPEARANCE |
| 🗋 6 | 238 | 7/9/2020 | NOTICE OF UNAVAILABILITY |
| 🗋 24 | 237 | 7/6/2020 | MOTION TO STAY |
| 🗋 4 | 236 | 7/2/2020 | CERTIFICATE OF SERVICE |
| 🗋 3 | 235 | 6/30/2020 | ORDER SETTING CASE MANAGEMENT CONFERENCE - AMENDED TO ADD REQUIREMENTS |
| 🗋 16 | 233 | 3/27/2020 | NOTICE OF FILING ORIGINAL NOTE |
| 🗋 5 | 232 | 3/27/2020 | REQUEST TO CANCEL HEARING |
| 🗋 2 | 231 | 3/27/2020 | NOTICE OF CANCELLATION HEARING |
| 🗋 4 | 234 | 3/26/2020 | CERTIFICATE OF SERVICE |
| 🗋 5 | 230 | 3/26/2020 | OBJECTION TO CONTINUANCE |
|  | 229 | 3/25/2020 | CASE MANAGEMENT CONFERENCE SET FOR 07/15/2020 AT 10:00 AM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 🗋 2 | 228 | 3/25/2020 | ORDER CANCELLING NON-JURY TRIAL AND SETTING CASE MANAGEMENT CONFERENCE |
| 🗋 2 | 227 | 3/24/2020 | NOTICE OF HEARING |
| Request | 226 | 3/24/2020 | NOTICE OF FILING - COPIES OF ORGINAL NOTE |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 2 | 225 | 3/24/2020 | MOTION FOR CONTINUANCE |
| 5 | 224 | 3/24/2020 | NOTICE OF ESCALATED CORONA VIRUS RESTRICTIONS AND FLORIDA STATE BAN ON TRAVEL |
| 22 | 223 | 3/23/2020 | MOTION TO STAY |
| 11 | 222 | 3/17/2020 | MEMORANDUM OF LAW - AMENDED |
| 15 | 221 | 3/16/2020 | MEMORANDUM OF LAW |
| 3 | 220 | 3/12/2020 | WITNESS LIST - SECOND AMENDED ( V ) |
|  | 219 | 3/9/2020 | HEARING SET FOR 04/06/2020 AT 1:45 PM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 2 | 218 | 3/6/2020 | NOTICE OF HEARING ( V ) |
| 3 | 217 | 2/26/2020 | WITNESS LIST - AMENDED ( V ) |
| 2 | 216 | 2/26/2020 | AFFIDAVIT OF ATTORNEYS FEES ( V ) |
| 11 | 215 | 2/26/2020 | AFFIDAVIT OF COSTS - AMENDED ( V ) |
| Request | 214 | 2/26/2020 | NOTICE OF FILING AMENDED AFFIDAVIT OF ATTORNEY ( V ) |
| 44 | 213 | 2/21/2020 | AFFIDAVIT OF REBUTTAL ( V ) |
| Request | 212 | 2/20/2020 | EXHIBIT LIST - KAREN KRONDES ( V ) |
| 6 | 211 | 2/19/2020 | CERTIFICATE OF SERVICE OF ORDER ( V ) |
| 4 | 210 | 2/14/2020 | WITNESS AND EXHIBIT LIST - PLTF ( V ) |
| 4 | 209 | 2/12/2020 | ORDER FOR NON JURY TRIAL ( V ) |
|  | 208 | 2/12/2020 | NON-JURY TRIAL SET FOR 04/07/2020 AT 1:30 PM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 4 | 207 | 2/12/2020 | ORDER FOR NON JURY TRIAL ( V ) |
| 1 | 206 | 2/12/2020 | COURT NOTES |
| 86 | 205 | 2/11/2020 | AFFIDAVIT IN SUPPORT ( V ) |
| 7 | 204 | 2/11/2020 | MOTION FOR SUMMARY JUDGMENT - AMENDED ( V ) |
| 1 | 203 | 1/7/2020 | ACKNOWLEDGMENT ( V ) |
| 5 | 202 | 1/7/2020 | ORDER FROM DCA GRANTING MOTION TO REMAND ( V ) |
| Request | 201 | 1/7/2020 | CORRESPONDENCE ( V ) |
| 7 | 200 | 12/17/2019 | CERTIFICATE OF SERVICE ( V ) |
| 3 | 199 | 12/11/2019 | ORDER SETTING CASE MANAGEMENT CONFERENCE ( V ) |
|  | 198 | 12/11/2019 | CASE MANAGEMENT CONFERENCE SET FOR 02/12/2020 AT 10:00 AM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 2 | 197 | 12/10/2019 | ORDER SETTING STATUS CONFERENCE ( V ) |
| 1 | 195 | 12/10/2019 | CIVIL NON-JURY TRIAL FORM |
| Request | 193 | 12/10/2019 | EXHIBIT - DEFT 7 ( V ) |
| Request | 192 | 12/10/2019 | EXHIBIT - DEFT 6 ( V ) |
| Request | 191 | 12/10/2019 | EXHIBIT - DEFT 5 ( V ) |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| Request | 190 | 12/10/2019 | EXHIBIT - DEFT 4 ( V ) |
| Request | 189 | 12/10/2019 | EXHIBIT - DEFT 3 ( V ) |
| Request | 188 | 12/10/2019 | EXHIBIT - DEFT 2 ( V ) |
| Request | 187 | 12/10/2019 | EXHIBIT - DEFT 1 ( V ) |
| Request | 186 | 12/10/2019 | EXHIBIT - PLTF 3 ( V ) |
| Request | 185 | 12/10/2019 | EXHIBIT - PLTF 2 ( V ) |
| Request | 184 | 12/10/2019 | EXHIBIT - PLTF 1 ( V ) |
| Request | 183 | 12/10/2019 | NOTICE OF FILING EXHIBITS TO DEPO TRANSCRIPT ( V ) |
| 16 | 196 | 12/9/2019 | AFFIDAVIT OF JOHN KRONDES RE LACK OF STANDING |
| 37 | 182 | 12/9/2019 | NOTICE OF FILING NOTICE OF REMOVAL ( V ) |
| 10 | 181 | 12/9/2019 | MEMORANDUM OF LAW ( V ) |
| 38 | 179 | 12/6/2019 | AFFIDAVIT OF JOHN KRONDES RE NOTE #5 ( V ) |
| 9 | 180 | 12/6/2019 | MEMORANDUM OF LAW ( V ) |
| 10 | 178 | 12/5/2019 | ATTACHMENT OR EXHIBIT TO PLEADING - DEPO TRANSCRIPT ( V ) |
| 52 | 177 | 12/5/2019 | DEPOSITION TRANSCRIPT ( V ) |
| Request | 176 | 12/5/2019 | NOTICE OF FILING DEPO TRANSCRIPT ( V ) |
| 3 | 175 | 11/27/2019 | RESPONSE TO MOTION ( V ) |
| 4 | 174 | 11/25/2019 | MOTION FOR JUDICIAL NOTICE ( V ) |
| 2 | 173 | 11/8/2019 | ORDER DENYING ( V ) MOTION TO PROHIBIT |
| 2 | 172 | 11/4/2019 | ORDER APPOINTING COMMISIONER ( V ) |
| 1 | 171 | 11/4/2019 | COURT NOTES |
| 2 | 170 | 10/22/2019 | MOTION TO APPOINT COMMISSIONER ( V ) |
| 2 | 169 | 10/22/2019 | NOTICE OF TAKING DEPOSITION - AMENDED ( V ) |
| 2 | 168 | 10/21/2019 | NOTICE OF TAKING DEPOSITION ( V ) |
| 2 | 167 | 10/14/2019 | NOTICE OF HEARING - AMENDED ( V ) |
| 3 | 166 | 10/14/2019 | MOTION TO INSPECT EXHIBITS TO BE PROFFERED ( V ) |
| 1 | 165 | 10/11/2019 | NOTICE OF HEARING ( V ) |
| | 162 | 10/11/2019 | HEARING SET FOR 11/04/2019 AT 2:15 PM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 5 | 164 | 10/10/2019 | WITNESS AND EXHIBIT LIST- JOHN KRONDES |
| 7 | 163 | 10/10/2019 | MOTION FOR ORDER TO PROHIBIT REMOVAL OF NOTE ( V ) |
| 2 | 161 | 10/10/2019 | NOTICE OF HEARING ( V ) |
| 3 | 160 | 10/9/2019 | MOTION TO PREVENT RETURN OF NOTE & MORTGAGE ( V ) |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 📄 5 | 158 | 10/8/2019 | WITNESS AND EXHIBIT LIST - KAREN KRONDES ( V ) |
| 📄 4 | 159 | 10/7/2019 | WITNESS AND EXHIBIT LIST - PLTF ( V ) |
| 📄 6 | 157 | 10/4/2019 | CERTIFICATE OF SERVICE ( V ) |
| 📄 2 | 156 | 10/3/2019 | ORDER ON MOTION TO WITHDRAW AS COUNSEL ( V ) |
|  | 155 | 10/2/2019 | NON-JURY TRIAL SET FOR 12/10/2019 AT 1:30 PM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 📄 7 | 154 | 9/26/2019 | OBJECTION TO MOTION TO WITHDRAW ( V ) |
| 📄 4 | 153 | 9/23/2019 | ORDER FOR NON JURY TRIAL ( V ) |
| 📄 2 | 152 | 9/19/2019 | ORDER DENYING MTN TO VACATE ORDERS OF JUDGE METZGER ( V ) |
| 📄 40 | 151 | 9/18/2019 | MOTION TO SET ASIDE/VACATE ORDER DENYING RECONSIDERATION ( V ) |
|  | 149 | 9/11/2019 | HEARING SET FOR 09/26/2019 AT 9:00 AM IN 3E/ , CIRCUIT JUDGE: METZGER, ELIZABETH A |
| 📄 2 | 148 | 9/10/2019 | NOTICE OF HEARING ( V ) |
| 📄 67 | 150 | 9/6/2019 | AFFIDAVIT OF JOHN KRONDES ( V ) |
| 📄 2 | 147 | 9/6/2019 | MOTION TO WITHDRAW ( V ) |
| 📄 2 | 146 | 7/26/2019 | ORDER DENYING MOTION FOR RECONSIDERATION ( V ) |
| 📄 7 | 145 | 7/22/2019 | MOTION FOR RECONSIDERATION ( V ) |
| 📄 2 | 144 | 7/11/2019 | ORDER DENYING MTN TO VACATE DEFAULTS ( V ) |
|  | 143 | 7/1/2019 | CIRCUIT JUDGE METZGER, ELIZABETH A: ASSIGNED |
| 📄 2 | 142 | 4/5/2019 | DESIGNATION OF EMAIL ADDRESS ( V ) |
| 📄 19 | 141 | 4/4/2019 | RESPONSE TO MOTION ( V ) |
| 📄 6 | 140 | 3/29/2019 | RETURN MAIL ( V ) |
|  | 139 | 3/29/2019 | "RECIPIENTS: DERMODY, MICHAEL - SUBJECT: SERVICE OF COURT DOCUMENT - 2017CA001117, U S BANK NATIONAL ASSOCIATION TR VS. KRONDES, JOHN - ATTACHMENT COUNT: 1 - EMAIL DOCKET DESCRIPTIONS: EFJDGORDER-3/14/2019" |
| 📄 10 | 138 | 3/25/2019 | MOTION FOR RECONSIDERATION AND FOR LEAVE TO FILE ANSWER ( V ) |
| 📄 11 | 137 | 3/25/2019 | MOTION FOR RECONSIDERATION ( V ) |
| 📄 5 | 136 | 3/14/2019 | ORDER ON CMC ( V ) |
| 📄 1 | 135 | 3/13/2019 | COURT NOTES |
| Request | 134 | 3/7/2019 | PAYMENT $6.00 RECEIPT #2019000020300 |
|  | 133 | 3/7/2019 | SMALL PHOTOGRAPHIC COPIES ASSESSED $6.00 |
|  | 132 | 1/2/2019 | CIRCUIT JUDGE MIRMAN, LAWRENCE: ASSIGNED |
| Request | 131 | 12/6/2018 | PAYMENT $9.00 RECEIPT #2018000092922 |
|  | 130 | 12/6/2018 | SMALL PHOTOGRAPHIC COPIES ASSESSED $9.00 |
| 📄 4 | 129 | 12/6/2018 | ORDER SETTING CASE MANAGEMENT CONFERENCE ( V ) |
| 📄 1 | 128 | 12/5/2018 | CIVIL NON-JURY TRIAL FORM |
| Request | 127 | 12/4/2018 | CORRESPONDENCE ( V ) |
| Request | 126 | 12/4/2018 | NOTICE OF FILING APPEAL ( V ) |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 3 | 125 | 11/19/2018 | AFFIDAVIT OF ATTORNEYS FEES - 2ND AMENDED ( V ) |
| Request | 124 | 11/19/2018 | NOTICE OF FILING ( V ) |
| 9 | 123 | 11/19/2018 | AFFIDAVIT OF COSTS ( V ) |
| 2 | 122 | 11/19/2018 | NOTICE OF FILING ( V ) |
| 6 | 121 | 11/13/2018 | CERTIFICATE OF SERVICE ( V ) |
| 5 | 120 | 11/8/2018 | RETURN MAIL ( V ) |
| 1 | 119 | 11/8/2018 | ACKNOWLEDGMENT ( V ) |
| Request | 118 | 11/6/2018 | CORRESPONDENCE ( V ) |
| | 117 | 11/5/2018 | CASE REOPENED FOR OTHER |
| 8 | 116 | 11/2/2018 | OTHER - COPY OF ORDER REMANDING CASE TO CIRCUIT COURT ( V ) |
| Request | 115 | 11/2/2018 | NOTICE OF FILING ( V ) |
| 4 | 114 | 11/2/2018 | ORDER FOR NON JURY TRIAL ( V ) |
| 2 | 113 | 9/21/2018 | ANSWER ( V ) |
| | 112 | 9/21/2018 | CASE CLOSED |
| 2 | 111 | 9/21/2018 | CIVIL NON-JURY TRIAL FORM |
| Request | 110 | 9/21/2018 | NOTICE OF FILING 2ND NTC OF REMOVAL |
| 3 | 109 | 9/20/2018 | ORDER FOR NON JURY TRIAL ( V ) |
| 32 | 108 | 9/20/2018 | NOTICE OF REMOVAL REMOVAL TO DISTRICT COURT |
| 8 | 107 | 9/12/2018 | AFFIDAVIT OF COSTS - AMENDED ( V ) |
| Request | 106 | 9/12/2018 | NOTICE OF FILING AMENDED AFFIDAVIT OF COSTS ( V ) |
| 3 | 105 | 9/12/2018 | AFFIDAVIT OF ATTORNEYS FEES ( V ) |
| Request | 104 | 9/12/2018 | NOTICE OF FILING ( V ) |
| 2 | 103 | 9/12/2018 | ORDER DENYING MOTION FOR LEAVE TO FILE COUNTERCLAIM ( V ) |
| 1 | 102 | 9/12/2018 | COURT NOTES |
| 2 | 101 | 9/6/2018 | WITNESS AND EXHIBIT LIST ( V ) |
| 2 | 100 | 8/24/2018 | ORDER DENYING MOTION FOR RECONSIDERATION AND MOTION TO VACATE ORDER DENYING MOTION TO RECUSE ( V ) |
| 1 | 98 | 8/21/2018 | NOTICE OF HEARING ( V ) |
| 7 | 97 | 8/20/2018 | AFFIDAVIT IN SUPPORT ( V ) |
| 13 | 96 | 8/20/2018 | MOTION FOR RECONSIDERATION ( V ) |
| 6 | 99 | 8/20/2018 | MOTION FOR LEAVE TO FILE COUNTERCLAIM ( V ) |
| 4 | 95 | 8/17/2018 | WITNESS AND EXHIBIT LIST ( V ) |
| 6 | 94 | 8/16/2018 | CERTIFICATE OF SERVICE ( V ) |
| 2 | 93 | 8/16/2018 | ORDER RATIFYING STIPULATION FOR SUBSTITUTION OF COUNSEL FOR KAREN A KRONDES ( V ) |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 4 | 92 | 8/15/2018 | ORDER FOR NON JURY TRIAL ( V ) |
| 2 | 91 | 8/10/2018 | STIPULATION FOR SUBSTITUTION OF COUNSEL ( V ) |
| 3 | 90 | 8/7/2018 | ORDER OF RECUSAL AND/OR DISQUALIFICATION - DENIED ( V ) |
| 24 | 89 | 8/3/2018 | AFFIDAVIT IN SUPPORT ( V ) |
| 6 | 88 | 8/2/2018 | AFFIDAVIT IN SUPPORT OF DISQUALIFICATION ( V ) |
| 22 | 87 | 8/2/2018 | MOTION TO RECUSE JUDGE BELANGER ( V ) |
| 2 | 86 | 7/27/2018 | NOTICE OF APPEARANCE ( V ) |
| 2 | 85 | 7/26/2018 | NOTICE NON JURY TRIAL ( V ) |
| 64 | 84 | 7/24/2018 | AFFIDAVIT OF JOHN J KRONDES - THIRD ( V ) |
| 2 | 83 | 7/19/2018 | ORDER DENYING MTN FOR RECONSIDERATION ( V ) |
| 7 | 81 | 7/16/2018 | AFFIDAVIT - FOURTH AFFIDAVIT OF FLORENCE T KRONDES ( V ) |
| 19 | 82 | 7/13/2018 | MOTION FOR RECONSIDERATION ( V ) |
| 2 | 80 | 7/13/2018 | MOTION TO WITHDRAW ( V ) |
| 7 | 79 | 7/6/2018 | ORDER DENYING VARIOUS MOTIONS ( V ) |
| 8 | 78 | 6/27/2018 | AFFIDAVIT THIRD OF FLORENCE KRONDES ( V ) |
| 12 | 77 | 6/26/2018 | AFFIDAVIT SECOND OF FLORENCE KRONDES ( V ) |
| 5 | 76 | 6/13/2018 | AFFIDAVIT ( V ) OF FLORENCE KRONDES |
| 50 | 75 | 6/11/2018 | AFFIDAVIT ( V ) OF JOHN KRONDES |
| 1 | 74 | 6/7/2018 | COURT NOTES |
| 11 | 73 | 6/7/2018 | MOTION TO SET ASIDE/VACATE DEFAULT ( V ) |
| 4 | 72 | 6/6/2018 | ORDER FOR CONTINUANCE OF HEARING - DENIED ( V ) |
| 3 | 71 | 6/6/2018 | MOTION TO CONTNUE |
| 2 | 70 | 6/6/2018 | NOTICE OF NON-RECEIPT OF ORDER SETTING HEARING AND REQUEST FOR EMERGENCY RELIEF ( V ) |
| 2 | 69 | 5/17/2018 | ORDER SETTING HEARING ( V ) |
| 1 | 68 | 5/17/2018 | COURT NOTES |
| 2 | 67 | 4/9/2018 | ORDER GRANTING TELEPHONIC APPEARANCE - AMENDED ( V ) |
| 1 | 66 | 4/4/2018 | NOTICE OF HEARING ( V ) |
| 2 | 63 | 4/3/2018 | ORDER GRANTING TELEPHONIC APPEARANCE ( V ) |
| 2 | 64 | 4/3/2018 | MOTION TO APPEAR TELEPHONICALLY ( V ) |
| 1 | 65 | 4/3/2018 | NOTICE OF CANCELLATION HEARING ( V ) |
| 2 | 62 | 4/3/2018 | ORDER GRANTING TELEPHONIC APPEARANCE ( V ) |
| 2 | 61 | 3/27/2018 | MOTION FOR TELEPHONIC HEARING ( V ) |
| 1 | 59 | 3/21/2018 | NOTICE OF HEARING - AMENDED ( V ) |
| 1 | 60 | 3/21/2018 | NOTICE OF HEARING ( V ) |
| 13 | 58 | 3/2/2018 | MOTION TO SET ASIDE/VACATE DEFAULT - SUPPLEMENTAL ( V ) |
| 7 | 57 | 2/28/2018 | MOTION TO SET ASIDE/VACATE ( V ) |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 🗎 8 | 56 | 2/28/2018 | MEMORANDUM OF LAW ( V ) |
| 🗎 1 | 55 | 2/28/2018 | NOTICE OF APPEARANCE ( V ) |
| Request | 54 | 2/27/2018 | NOTICE OF FILING ( V ) |
| 🗎 5 | 53 | 2/26/2018 | AFFIDAVIT OF JERROLD BLAIR IN SUPPORT OF MOTION TO DISMISS ( V ) |
| 🗎 7 | 52 | 2/26/2018 | AFFIDAVIT OF KAREN KRONDES BLAIR IN SUPPORT OF MOTION TO DISMISS ( V ) |
| 🗎 9 | 51 | 2/26/2018 | AFFIDAVIT OF JOHN KRONDES IN SUPPORT OF MOTION TO DISMISS ( V ) |
| 🗎 10 | 50 | 2/26/2018 | MOTION TO DISMISS ( V ) |
| 🗎 2 | 49 | 2/26/2018 | NOTICE OF FILING OF APPEARANCE OF KAREN BLAIR ( V ) |
| 🗎 2 | 48 | 2/26/2018 | NOTICE OF FILING OF APPEARANCE OF JOHN KRONDES ( V ) |
| 🗎 57 | 47 | 2/20/2018 | AFFIDAVIT IN SUPPORT OF SUMMARY JUDGMENT ( V ) |
| 🗎 2 | 46 | 2/20/2018 | AFFIDAVIT OF ATTORNEYS FEES ( V ) |
| 🗎 6 | 45 | 2/20/2018 | AFFIDAVIT OF COSTS AND TIME ( V ) |
| 🗎 6 | 44 | 2/20/2018 | MOTION FOR SUMMARY JUDGMENT ( V ) |
|  | 43 | 2/6/2018 | "RECIPIENTS: SCOTT, JENNIFER MOUSER; DERMODY, MICHAEL - SUBJECT: SERVICE OF COURT DOCUMENT - 2017CA001117, U S BANK NATIONAL ASSOCIATION TR VS. KRONDES, JOHN - ATTACHMENT COUNT: 1 - EMAIL DOCKET DESCRIPTIONS: DEF-2/6/2018" |
| 🗎 2 | 42 | 2/6/2018 | DEFAULT ISSUED - EPORTAL@KASSLAW.COM ( V ) |
| 🗎 6 | 41 | 2/6/2018 | MILITARY/NON-MILITARY AFFIDAVIT ( V ) |
| 🗎 2 | 40 | 2/6/2018 | MOTION FOR DEFAULT AND DEFAULT ( V ) |
| 🗎 2 | 39 | 2/5/2018 | NOTICE OF DROPPING PARTY ( V ) |
| 🗎 1 | 38 | 12/29/2017 | PROOF OF PUBLICATION NOTICE OF ACTION ( V ) |
| 🗎 1 | 37 | 12/19/2017 | RETURN PLEADING FORM - MISSING DOCUMENTS |
|  | 36 | 12/14/2017 | "RECIPIENTS: - SUBJECT: SERVICE OF COURT DOCUMENT - 2017CA001117, U S BANK NATIONAL ASSOCIATION TR VS. KRONDES, JOHN - ATTACHMENT COUNT: 1 - EMAIL DOCKET DESCRIPTIONS: NA-12/14/2017" |
| 🗎 3 | 35 | 12/14/2017 | NOTICE OF ACTION :FORECLOSURESERVICE@KASSLAW.COM ( V ) |
| 🗎 3 | 34 | 12/14/2017 | NOTICE OF ACTION TO BE ISSUED ( V ) |
| 🗎 9 | 33 | 12/14/2017 | AFFIDAVIT OF DILIGENT SEARCH ( V ) |
| 🗎 2 | 32 | 12/14/2017 | AFFIDAVIT OF DILIGENT SEARCH ( V ) |
| 🗎 1 | 31 | 11/15/2017 | PROOF OF PUBLICATION NOTICE OF ACTION ( V ) |
| 🗎 3 | 30 | 10/31/2017 | RETURN OF SERVICE ON SUMMONS UNSERVED ( V ) |
| 🗎 7 | 29 | 10/31/2017 | RETURN OF SERVICE ON SUMMONS UNSERVED ( V ) |
| 🗎 5 | 28 | 10/31/2017 | RETURN OF SERVICE ON SUMMONS UNSERVED ( V ) |
|  | 27 | 10/24/2017 | "RECIPIENTS: SCOTT, JENNIFER MOUSER - SUBJECT: SERVICE OF COURT DOCUMENT - 2017CA001117, U S BANK NATIONAL ASSOCIATION TR VS. KRONDES, JOHN - ATTACHMENT COUNT: 1 - EMAIL DOCKET DESCRIPTIONS: RETP-10/24/2017" |
| 🗎 1 | 26 | 10/24/2017 | RETURN PLEADING FORM - MISSING DOCUMENTS |
|  | 25 | 10/20/2017 | "RECIPIENTS: - SUBJECT: SERVICE OF COURT DOCUMENT - 2017CA001117, U S BANK NATIONAL ASSOCIATION TR VS. KRONDES, JOHN - ATTACHMENT COUNT: 1 - EMAIL DOCKET DESCRIPTIONS: NA-10/20/2017" |
| 🗎 3 | 23 | 10/20/2017 | NOTICE OF ACTION :FORECLOSURESERVICE@KASSLAW.COM ( V ) |
| 🗎 3 | 22 | 10/19/2017 | NOTICE OF ACTION TO BE ISSUED ( V ) |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 12 | 21 | 10/19/2017 | AFFIDAVIT OF DILIGENT SEARCH ( V ) |
| 2 | 20 | 10/19/2017 | AFFIDAVIT OF DILIGENT SEARCH ( V ) |
| 2 | 19 | 8/2/2017 | REPLY ( V ) |
| 2 | 18 | 8/1/2017 | SUMMONS RETURNED SERVED ( V ) |
| 1 | 17 | 7/25/2017 | DESIGNATION OF EMAIL ADDRESS ( V ) |
| 3 | 16 | 7/25/2017 | ANSWER AND AFFIRMATIVE DEFENSES - PRINCESS HOA ( V ) |
| 1 | 0 | 7/6/2017 | LIS PENDENS ( V ) - Recorded (Other.4016.556 / 4326806) ( V ) |
|  | 15 | 7/6/2017 | "RECIPIENTS: - SUBJECT: SERVICE OF COURT DOCUMENT - 2017CA001117, U S BANK NATIONAL ASSOCIATION TR VS. KRONDES, JOHN - ATTACHMENT COUNT: 1 - EMAIL DOCKET DESCRIPTIONS: SUMI-7/6/2017" |
| 8 | 14 | 7/6/2017 | SUMMONS ISSUED: FLORIDASERVICE@KASSLAW.COM ( V ) |
|  | 3 | 7/5/2017 | PLAINTIFF ATTORNEY: SCOTT, JENNIFER MOUSER ASSIGNED |
|  | 2 | 7/5/2017 | CIRCUIT JUDGE BELANGER, ROBERT E: ASSIGNED |
|  | 13 | 7/5/2017 | PAYMENT $1956.50 RECEIPT #2017000051060 RECEIVED FOR FILING NUMBER 58456303 VIA FILINGPAYMENTS20170705235959.TXT. |
|  | 1 | 6/30/2017 | CASE FILED 06/30/2017 CASE NUMBER 2017CA001117 |
| 2 | 12 | 6/29/2017 | SUMMONS TO BE ISSUED BY CLERK ( V ) |
| 2 | 11 | 6/29/2017 | SUMMONS TO BE ISSUED BY CLERK ( V ) |
| 2 | 10 | 6/29/2017 | SUMMONS TO BE ISSUED BY CLERK ( V ) |
| 2 | 9 | 6/29/2017 | SUMMONS TO BE ISSUED BY CLERK ( V ) |
| 1 | 8 | 6/29/2017 | CIVIL COVER SHEET ( V ) |
| 1 | 7 | 6/29/2017 | LIS PENDENS ( V ) |
| 1 | 6 | 6/29/2017 | VALUE CALCULATION FOR REAL PROPERTY ( V ) |
| 53 | 5 | 6/29/2017 | COMPLAINT ( V ) |
| 3 | 4 | 6/29/2017 | CIVIL COVER SHEET ( V ) |